No. 89–1378. KLAVAN *v.* KLAVAN. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89–1405. TEMENGIL ET AL. *v.* TRUST TERRITORY OF THE PACIFIC ISLANDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1461. GILMORE STEEL CORP., DBA OREGON STEEL MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 89–1462. HAAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–1471. BELL ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–1476. SEATTLE-FIRST NATIONAL BANK *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1486. ACKROYD *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDIAN SPRINGS STATE BANK. C. A. 10th Cir. Certiorari denied.

No. 89–1518. MATHER, TRUSTEE OF THE ESTATE IN BANK-RUPTCY OF WATSON, ET AL. *v.* WEAVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1602. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1606. MODEL MAGAZINE DISTRIBUTORS, INC. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1618. BUCKLEY BROADCASTING CORPORATION OF CALIFORNIA, DBA STATION KKHI *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.